FILED

1  KING, HOLMES, PATERNO & BERLINER, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514   13 FEB 25 AM 11:48
   ROTHSCHILD@KHPBLAW.COM
3  1900 AVENUE OF THE STARS, 25TH FLOOR               CLERK U.S. DISTRICT COURT
   LOS ANGELES, CALIFORNIA 90067-4506                 CENTRAL DIST. OF CALIF.
4  TELEPHONE: (310) 282-8989                          LOS ANGELES
   FACSIMILE:  (310) 282-8903
5                                                    BY:_____

6  Attorneys for Plaintiff Robert Diggs pka
   RZA

7

8
                    UNITED STATES DISTRICT COURT
9
         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11
   ROBERT DIGGS pka RZA, an           CASE NO. CV13-01359-SVW(MLGx)
12 individual,

13              Plaintiff,             COMPLAINT FOR
                                       DECLARATORY RELIEF
14      vs.

15 JVC KENWOOD HOLDINGS, INC.,
   a corporation, doing business as
16 TEICHIKU ENTERTAINMENT, INC.,

17              Defendants.

18

19      Plaintiff Robert Diggs ("plaintiff") pka RZA alleges as follows:

20      1.    This action is brought, and subject matter jurisdiction lies within this

21 Court, pursuant to 28 U.S.C. Sections 1331, 1338 and 2201. This Court has federal

22 question jurisdiction in this matter in that plaintiff seeks a declaration of rights under

23 the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

24      2.    Venue lies within this district pursuant to 28 U.S.C. sections

25 1391(b)(2)-(3),(c),(d) and 1400(a) because defendant resides for venue purposes and

26 is subject to personal jurisdiction in this district; defendant regularly conducts

27 business and has offices and operations in this district and, therefore, is subject to

28 personal jurisdiction in this district; defendant is a foreign corporation which can be

2837.061/628556.1

sued in any district, including this district; and because a substantial part of the alleged acts and omissions in exploiting the musical sound recording that gives rise to the claims for copyright infringement at issue herein occurred in this district.

3. Plaintiff is an internationally popular, critically acclaimed and Grammy winning musician, composer, author, actor, director and screen writer. Plaintiff resides in the County of Los Angeles, California.

4. Defendant JVC Kenwood Holdings, Inc. is a multinational corporation that regularly and systematically does business throughout the United States, including in California, and that has offices throughout the United States, including in Long Beach, California. Its divisions include Teichiku Entertainment, Inc., which, plaintiff is informed and believes, is regularly and systematically engaged in the business of acquiring rights to musical sound recordings and compositions and exploiting those recordings and compositions including, but not limited to, by regularly negotiating and entering into agreements in California to obtain licenses from music rights holders in California and to grant licenses to musical sound recordings to California licensees.

5. Plaintiff is a producer and co-author of the sound recording entitled "Dark Fantasy" which was released on November 22, 2010 on the Kanye West album "My Beautiful Dark Twisted Fantasy." In exchange for producing "Dark Fantasy," plaintiff is entitled to certain royalties.

6. Plaintiff is informed and believes that defendant claims that it is the owner of a duly registered copyright in the sound recording entitled "Gincyo Watadori" performed by Meiko Kaji and that it has standing to enforce that copyright in the courts of the United States. In August 2012, counsel for defendant, Daniel R. Rubin, notified plaintiff that defendant claimed that "Dark Fantasy" infringed on the "Gincyo Watadori" sound recording in that a sample or samples of "Gincyo Watadori" were imbedded in "Dark Fantasy" without defendant's knowledge or consent and that, unless plaintiff compensated defendant for the

KING, HOLMES,
PATERNO &
BERLINER, LLP

2837.061/628556.1                                    2

1 alleged use, defendant would pursue legal remedies for copyright infringement.

2      7.      In response to defendant's claim that "Dark Fantasy" infringes the sound recording "Gincyo Watadori," Island Def Jam ("IDJ"), the record label that released "Dark Fantasy" and is responsible for paying royalties due plaintiff for his production and co-authorship of that sound recording, has refused to pay royalties that are otherwise earned, due and payable to plaintiff, based on IDJ's claim that it is entitled to indemnification from plaintiff against defendant's copyright infringement claim. Plaintiff is informed and believes that Island Def Jam has withheld royalties due to plaintiff in excess of $50,000 based on defendant's claim.

     8.      Plaintiff denies that "Dark Fantasy" contains any sample from "Gincyo Watadori" and that "Gincyo Watadori" is entitled to copyright protection.

     9.      There is an actual and justiciable controversy between plaintiff and defendant concerning "Dark Fantasy" in that, plaintiff is informed and believes, defendant contends it owns a duly registered copyright in "Dark Fantasy," that "Gincyo Watadori" is sufficiently original to receive protection under United States copyright law, that it has standing under the United States Copyright Act to enforce that copyright, that "Dark Fantasy" infringes "Gincyo Watadori," and that the exploitation of "Dark Fantasy" violates defendant's rights as herein alleged. Conversely, plaintiff denies defendant's claims and contends that "Dark Fantasy" does not infringe "Gincyo Watadori."

     10.     A judicial declaration of the parties' respective rights and obligations with respect to "Gincyo Watadori" and "Dark Fantasy" is necessary and appropriate.

     11.     Plaintiff seeks a judgment declaring the parties' respective rights with regard to "Dark Fantasy," including a declaration that it does not infringe "Gincyo Watadori" or otherwise violate defendant's rights, as alleged herein.

     WHEREFORE, plaintiff respectfully requests judgment against defendant as follows:

     1.      For a declaration that defendant is not a registered copyright holder of

the "Gincyo Watadori" sound recording; that defendant lacks standing to enforce the "Dark Fantasy" copyright; that "Gincyo Watadori" is not sufficiently original to receive copyright protection; and that "Dark Fantasy" does not infringe the "Gincyo Watadori" sound recording;

    2.     For costs and attorney fees incurred herein; and

    3.     For such other and further relief as the court deems just and proper.

DATED: February 22, 2013

KING, HOLMES, PATERNO & BERLINER, LLP

By: *[signature]*

STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff Robert Diggs pka RZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**CV13- 1359 SVW (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

King, Holmes, Paterno & Berliner, LLP
Howard E. King, Esq. (SBN: 77012)
Stephen D. Rothschild, Esq. (SBN: 132514)
1900 Ave of the Stars,25th Flr,Los Angeles,CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT DIGGS pka RZA, an individual, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-01359-SVW(MLGx) |
| JVC KENWOOD HOLDINGS, INC., a corporation, doing business as TEICHIKU ENTERTAINMENT, INC., | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Stephen D. Rothschild, Esq._____, whose address is _1900 Avenue of the Stars, Los Angeles, California 90067-4506_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: 2/25/2013

Clerk, U.S. District Court

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
ROBERT DIGGS pka RZA, an individual

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
JVC KENWOOD HOLDINGS, INC., a corporation, doing business as TEICHIKU ENTERTAINMENT, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
King, Holmes Paterno & Berliner LLP
Stephen D. Rothschild, Esq.
1900 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067-4506
(310) 282-8989

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101 et seq and declaratory relief regarding copyright infringement claim.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-01359**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)     CIVIL COVER SHEET     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_ DATE: 2/22/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |